AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>CHRISTOPHER HYDE,<br><br>*Defendant(s)* | )<br>)<br>) Case No. 21-6554-SNOW<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 9, 2021 - October 1, 2021__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2) | Knowingly possess any visual depiction, affecting interstate commerce, that involved the use of a minor engaged in sexually explicit conduct. |
| Title 18, United States Code, Section 2252(a)(2) | Knowingly distribute any visual depiction, affecting interstate commerce, that involved the use of a minor engaged in sexually explicit conduct. |

This criminal complaint is based on these facts:
See attached Affidavit.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Jarid Pfalzfraf, Special Agent, FBI
*Printed name and title*

Sworn to before me telephonically.

Date: October 1, 2021

_____
*Judge's signature*

City and state: Fort Lauderdale, Florida

Lurana S. Snow, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jarid Pfalzgraf, Special Agent with the Federal Bureau of Investigation ("FBI"), United States Department of Justice, having been duly sworn, hereby depose and state:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation ("FBI") and have been so employed since March 2019. Prior to becoming a SA, I served as a Deputy Sheriff for the Green Lake County Sheriff's Office in Green Lake, Wisconsin from May 2013 to September 2013, and then as a Police Officer for the City of Fond du Lac Police Department in Fond du Lac, Wisconsin from September 2013 to May 2019. I am currently assigned to the FBI Miami Child Exploitation and Human Trafficking Taskforce. In this capacity I am responsible for conducting criminal investigations and violations contained in Title 18 of the United States Code, including crimes related to child pornography and the sexual exploitation of children.

2. I have participated in investigations of persons suspected of violating federal child pornography laws, including violations of Title 18, United States Code, Sections 2251, 2252, and 2252A and others. These investigations have included the use of surveillance techniques, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. In the course of these investigations, I have reviewed thousands of still images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on various forms of electronic media including cellular telephones, computers, and digital cameras. I have discussed and reviewed these materials with other law enforcement officers.

3. I make this Affidavit in support of a criminal complaint charging Christopher Hyde ("HYDE") with possession and distribution of child pornography, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(a)(2).

4. The facts in this affidavit come from my own personal observations, my training and experience, and information obtained from other law enforcement personnel and witnesses. I have not included in this affidavit each fact and circumstance known to me, but only the facts and circumstances sufficient to establish probable cause for the issuance of a criminal complaint as requested herein.

5. In 2021, the Federal Bureau of Investigation ("FBI") Miami received information from a fellow law enforcement officer who is working in an Online Covert Employee (OCE) capacity as a member of a chatroom group ("Group") on the Kik platform[1]. This particular Kik Group caters to individuals who are interested in having sexual relations with children and is known to be frequented by individuals who have a sexual interest in incest and the production of child pornography. Members of this Group post and share pornographic videos and images including those of children. These images and videos can be shared directly with fellow Group members

---

[1] The Kik Messenger application ("Kik") is an instant messaging mobile application that available for free download on both iOS and Android operating systems. Kik uses either a data plan or Wi-Fi connection on a device, such as a smartphone or a tablet, to send and receive messages, images, videos, mobile webpages, and other content. Kik users are required to register a username; however, because Kik is known for its features allowing for user anonymity, it does not require users to register a telephone number. Kik maintains a log of each user's internet protocol ("IP") address(es) that can confirm a user's location.

on the Kik application or through links to other websites.[2]

6. On or about April 27, 2021, HYDE initiated contact with the OCE in the Kik Group. Law enforcement learned that Kik user "chris3456y" and display name "Chris Hhhhh" was HYDE. HYDE communicated with the OCE and expressed interest in having sexual intercourse with the OCE's purported 12-year-old daughter. All text communications between HYDE and OCE were recorded. During these communications, the following exchange occurred in reference to what HYDE would do to the OCE's purported minor child:

> **HYDE:** Can I tie her hands over her head while sleeping
>
> **OCE:** What would u use
>
> **HYDE:** She just might wake up to my mouth between her legs. What would I use to tie her hands?
>
> **OCE:** Yea lol don't want it to hurt!
>
> **HYDE:** I'll use the panties she has on Lol

7. The OCE consistently communicated with HYDE from April 27, 2021 through May 25, 2021 on the Kik platform. Subsequently, HYDE provided the OCE with a cell phone number of 954-857-8175, and the communication continued via text message. On July 9, 2021, HYDE sent the OCE three (3) videos and one (1) image containing child pornography via Kik. HYDE told OCE that he was the adult male depicted in all three videos and also sent the OCE an image

---

[2] While the actual display name and Kik user identification name of the Group is known to your Affiant, it is intentionally omitted from this affidavit in order to protect the undercover officer's online identity and to avoid jeopardizing ongoing investigations.

of himself. Law enforcement determined that the image HYDE sent was the same individual depicted on the Kik profile picture. The videos and the image that were sent to the OCE are described as follows:

> VIDEO 1: Depicts a nude adult male lying on his back with an erect penis. Between the male's legs is a nude, pre-pubescent female child with breasts and genitals exposed on her knees. The adult male instructs the child on how to perform oral sex. The child tells the male that she does not want to do it but continues at the adult's direction. The child then comments that it is choking her.

> VIDEO 2: Depicts a pre-pubescent child and two adults. An adult female has the child bent over her lap. The adult female then spreads the child's buttocks exposing the anus. An adult male then forces his erect penis into the child's anus. The child can be heard crying in the video as the adult male continues having anal sex with the child.

> IMAGE 1: Depicts a pre-pubescent child sitting upright on a bed with her bare breasts and vagina exposed to the camera.

8. Law enforcement sent a subpoena to Kik for subscriber information. Kik provided an email address of chris0617954@gmail.com associated with "chris3456y" and an IP address of 24.233.188.189. Law enforcement determined that IP address belonged to Bluestream Communications. Bluestream Communications provided an account name of Chris Hyde with an associated address of 3737 Coral Springs Drive, Coral Springs, Florida 33065. Law enforcement determined that the Kik application was accessed repeatedly from IP address 24.233.188.189 during the OCE communications with HYDE. Responsive records from Sprint for phone number 954-857-8175 listed HYDE as the subscriber and evidence that phone number 954-857-8175 accessed IP address 24.233.188.189, which relates back to HYDE's residence in Broward County.

4

9. On October 1, 2021, law enforcement executed a search warrant of HYDE's residence, person and cellular devices.[3] While a full forensic extraction of the electronics remains pending, law enforcement was able to conduct an on-scene preview in which they located a video that was 3 minutes long depicting a prepubescent female child performing oral sex on an adult male. HYDE was placed under arrest and provided a recorded statement post Miranda in which he admitted to possessing and distributing child pornography. HYDE also admitted to being in various social media groups focused on child exploitation. Specifically, HYDE also admitted to the above-mentioned conversations with the OCE using "chris3456y" as his username.

10. Based upon the information provided above, I respectfully submit that probable cause exists to believe that HYDE possessed and distributed child pornography in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(a)(2).

*FURTHER AFFIANT SAYETH NAUGHT.*

                                              Special Agent Jarid Pfalzgraf
                                              Federal Bureau of Investigation

Sworn to and subscribed before me telephonically this  1st  day of October, 2021.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

---

[3] Search Warrant Number 21-MJ-6536-Strauss

5