UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-60021-RUIZ

**UNITED STATES OF AMERICA**

vs.

**CHRISTOPHER HYDE,**

    Defendant.

_____/

**PRELIMINARY ORDER OF FORFEITURE**

    THIS MATTER is before the Court upon the unopposed Motion of the United States of America [ECF No. 35] ("Motion") for entry of a Preliminary Order of Forfeiture against Defendant Christopher Hyde. The Court has considered the Motion, is otherwise advised in the premises, and finds as follows:

    1.    On February 10, 2022, the United States charged the Defendant in a two-count Information. *See* Information at [ECF No. 19]. As relevant here, Count 2 of the Information charged the Defendant with Possession of Child Pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

    2.    The Information also contained forfeiture allegations, which alleged that upon conviction of a violation of Title 18, United States Code, Section 2252, the Defendant shall forfeit any visual depiction of a minor engaged in sexually explicit conduct, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of the law; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such violation; and any property, real or personal, used or intended to be used to commit or to promote the

commission of such violation including an Apple iPhone SE bearing serial number F17DG8UVPLJM, pursuant to Title 18, United States Code, Section 2253(a).

3. On March 3, 2022, the Court accepted the Defendant's guilty plea to Count 2 of the Information. *See* Minute Entry [ECF No. 30]; Plea Agreement [ECF No. 31]. As part of the guilty plea, the Defendant agreed to the forfeiture of the Apple iPhone SE bearing serial number F17DG8UVPLJM. *See* Plea Agreement ¶ 12.

4. In support of the guilty plea, the Defendant executed a Factual Proffer, and the Court found that there was a factual basis to support the Defendant's conviction. *See* Factual Proffer [ECF No. 32]. The Factual Proffer also provided a basis for the forfeiture of the Apple iPhone SE bearing serial number F17DG8UVPLJM.

Based upon the Defendant's guilty plea, plea agreement, and factual proffer, the Apple iPhone SE bearing serial number F17DG8UVPLJM is subject to forfeiture pursuant to 18 U.S.C. § 2253, and the United States has established the requisite nexus between the Apple iPhone SE bearing serial number F17DG8UVPLJM ("Apple iPhone") and the offense in Count 2 to which the Defendant has been convicted.

Accordingly, based on the foregoing, the evidence in the record, and for good cause shown, the Motion of the United States [ECF No. 35] is hereby **GRANTED**, and it is hereby **ORDERED** as follows:

1. Pursuant to 18 U.S.C. § 2253, the Apple iPhone is hereby forfeited and vested in the United States of America.

2. Any duly authorized law enforcement agency may seize and take possession of the Apple iPhone according to law.

3. The United States shall send and publish notice of the forfeiture in accordance with Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n).

4. The United States is authorized to conduct any discovery that might be necessary to identify, locate, or dispose of the forfeited property, and to resolve any third-party petition, pursuant to Rule 32.2(b)(3), (c)(1)(B) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(m).

5. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order is final as to the Defendant.

6. The Court shall retain jurisdiction in this matter for the purpose of enforcing this Order, and pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure, shall amend this Order, or enter other orders as necessary, to forfeit additional specific property when identified.

It is further **ORDERED** that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture as to the Apple iPhone in which all interests will be addressed. Upon notice from the United States that no claims have been filed within 60 days of the first day of publication or within 30 days of receipt of notice, whichever is earlier, then, pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(7), this Order shall become a Final Order of Forfeiture and any duly authorized law enforcement agency shall dispose of the Apple iPhone in accordance with applicable law.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 21st day of March 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**